# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KORY WINGLER,**

    **Petitioner,**

    v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

        **CASE NO. 2:20-CV-3168**
        **CRIM. NO. 2:13-CR-125**
        **CHIEF JUDGE ALGENON L. MARBLEY**
        Magistrate Judge Kimberly A. Jolson

## ORDER

On June 24, 2020, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings recommending this action be transferred to the United States Court of Appeals for the Sixth Circuit as successive. (ECF No. 68.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED.** The Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 67) is action is **TRANSFERRED** to the Sixth Circuit as successive.

    **IT IS SO ORDERED**.

                                  _____
                                  **ALGENON L. MARBLEY**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  July 21, 2020**